

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Vernon Hearnsberger, Appellant

No. 06-16-00008-CV  v.

Panola County, Texas; Jack Ellett; David Jeter and Ronald Clinton, Appellees

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2015-371).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, John Vernon Hearnsberger, pay all costs of this appeal.

RENDERED AUGUST 26, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk